# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| ALEXANDRA CLAIR, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 16-cv-2263-SHL-dkv |
| BANK OF AMERICA, N.A., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Before the Court is the Chief Magistrate Judge's Report and Recommendation for *sua sponte* Dismissal of *pro se* Plaintiff Alexandra Clair's Complaint. (ECF No. 8.) A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim upon which relief can be granted. 28 U.S.C. § 636(b)(1)(B). When neither party objects to the magistrate judge's factual or legal conclusions, the district court need not review those findings under a *de novo* or any other standard. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, the deadline to file an objection to the R&R was July 11, 2016; however, to date, Plaintiff has not filed an objection. For that reason, the Court **ADOPTS** the Report and Recommendation in its entirety, and **DISMISSES** Plaintiff's claims **WITH PREJUDICE**.[1]

---

[1] The Court dismisses Plaintiff's claims with prejudice because the basis of the Chief Magistrate Judge's recommendation for dismissal is that the claims are time-barred. Ester v. Amoco Oil Co., 65 F.3d 168 (6th Cir. 1995) (affirming dismissal with prejudice due to claims being time-barred).

**IT IS SO ORDERED**, this 14th day of July, 2016.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE